UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JONATHAN LAHY,

                     Plaintiff,      08 CV 9715 (SAS)

-v-

**ORDER FOR ADJOURNMENT**

HAPAG LLOYD (AUSTRALIA) PTY. LTD.,
MH INTERNATIONAL FREIGHT SERVICES, and
THE DIXIE GROUP, INC.,

                     Defendants.
---------------------------------------------------------------x

IT IS HEREBY ORDERED that the parties' request for a one (1) week adjournment of

the briefing schedule regarding Defendant, HAPAG LLOYD (AUSTRALIA) PTY. LTD'S

Motion to Vacate or Reduce the pending maritime attachment is GRANTED; and

IT IS FURTHER HEREBY ORDERED that any papers in opposition to said motion

shall be filed and served by e-mail, facsimile or courier on the Defendants and by hand to the

Court on or before Friday, March 13, 2009 at 5:00 p.m.; and

IT IS FURTHER HEREBY ORDERED that reply papers to any such opposition papers,

if any, shall be filed and served by e-mail, facsimile, or courier on the Plaintiffs and by hadn to

the Court on or before Friday, March 20, 2009 at 5:00 p.m.; and

IT IS FURTHER HEREBY ORDERED that the Initial Pretrial Conference in this matter

scheduled for March 10, 2009, at 3:00 p.m. is hereby adjourned until April 6, 2009 at 4:30 pm.

Dated: New York, New York
       March 5, 2009

SO ORDERED:

_____
Honorable Shira A. Scheindlin, U.S.D.J.

TO:     CHALOS & CO, P.C.
          *Attorneys for Plaintiff*
          123 South Street
          Oyster Bay, New York 11771
          (516) 714-4300
          Attn:   George M. Chalos, Esq.

          CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
          *Attorneys for Defendant, Hapag-Lloyd (Australia) Pty. Ltd.*
          61 Broadway 3000
          New York, NY 10006
          (212) 344-7042
          Attn:   Stephen H. Vengrow
                  Joseph De May, Jr.



# CHALOS & CO.
## International Law Firm

123 South Street, Oyster Bay, New York 11771

TEL +1-516-714-4300 • FAX +1-866-702-4577 • WEB www.chaloslaw.com

George M. Chalos
ATTORNEY AT LAW

DIRECT +1-516-714-3040
MOBILE +1-516-721-4076
EMAIL gmc@chaloslaw.com

March 5, 2009

*Via Telefax - (212) 805-7920*



Hon. Shira A. Scheindlin
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 1620
New York, NY 10007-1312

Re:  **Jonathan Lahy-Neary v. Hapag Lloyd (Australia) Pty. Ltd., et al**
     **Docket No.: 08 cv 9715 (SAS)**
     **CHALOS & CO ref: 2079.001**

Dear Judge Scheindlin,

We are counsel for Plaintiff, Jonathan Lahy-Neary, in the above-captioned matter. We refer to the joint letter to the Court submitted by undersigned counsel and counsel for Defendant, Hapag-Lloyd (Australia) Pty. Ltd., on February 27, 2009, in which counsel for both parties provided a proposed briefing schedule with regard to Defendant's Motion to Vacate or Reduce the pending maritime attachment. As Your Honor will recall, the remainder of the briefing schedule is currently as follows:

Friday, March 6, 2009 – Plaintiff's Opposition to be filed / served

Friday, March 13, 2009 – Defendant's Reply, if any, to be filed /served

A pre-trial Conference in this matter is also presently scheduled to proceed on Tuesday, March 10, 2009 at 3:00 p.m.

At present, Counsel are currently completing settlement negotiations with Defendant Hapag-Lloyd (Australia) Pty. Ltd. and the parties are very close to concluding a settlement. We anticipate that we will shortly be working with opposing counsel to submit a Stipulation and Proposed Order of Dismissal.

Accordingly, under the circumstances, counsel for both parties jointly request a one (1) week adjournment of the current briefing schedule, as well as a thirty (30) day adjournment of the initial Pre-Trial conference. This is the first request for an adjournment made. Pursuant to Your Honor's individual practices and procedures, Defendant has submitted a proposed Order for the adjournment.

A PROFESSIONAL CORPORATION • ASSOCIATED OFFICES PIRAEUS, GREECE



In advance, we thank Your Honor for your time and consideration, and remain,

                                        Respectfully yours,

                                        CHALOS & CO, P.C.

GMC/kmd                               George M. Chalos

cc:     Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
        *Attorneys for Defendant, Hapag-Lloyd (Australia) Pty. Ltd.*
        Attn:   Stephen H. Vengrow (via e-mail - svengrow@cckvt.com)
                 Joseph De May, Jr. (via e-mail - jdemay@cckvt.com)